

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00071-CV

**THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO**,
Appellant

v.

Armando **HERNANDEZ**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-14282
Honorable Rosie Alvarado, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this Court's opinion of this date, this appeal is DISMISSED. Appellant shall bear the costs of appeal.

SIGNED July 26, 2017.

_____
Irene Rios, Justice